IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR290 |
| | ) | |
| v. | ) | |
| | ) | |
| RASHAD McKAY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the sentencing hearing in the above matter shall be continued on:

**Wednesday, December 1, 2004, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 3rd day of November, 2004.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court