IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
           Plaintiff,          )      8:03CR290
                               )
    v.                         )
                               )
RASHAD McKAY,                  )      ORDER
                               )
           Defendant.          )
_____)
```

This matter is before the Court on plaintiff's motion for further redaction (Filing No. 264). After reviewing the motion, the Court finds it should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion for further redaction is granted. The transcript of proceedings (Filing No. 261) shall be redacted as requested by plaintiff.

DATED this 25th day of April, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court