IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,        )
                                 )
               Plaintiff,        )          8:03CR290
                                 )
          v.                     )
                                 )
RASHAD MCKAY,                    )          ORDER
                                 )
               Defendant.        )
_____ )
```

This matter is before the Court on defendant's motion for a new trial pursuant to Fed. R. Crim. P. 33 (Filing No. 319). The Court finds plaintiff should file a response thereto. Accordingly,

IT IS ORDERED that plaintiff shall file a response to said motion on or before February 15, 2007.

DATED this 16th day of January, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court