IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:03CR290 |
| v. | ) | |
| | ) | |
| RASHAD MCKAY, | ) | ORDER AND JUDGMENT |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that defendant's motion for a new trial pursuant to Fed. R. Crim. P. 33 (Filing No. 319) is denied.

DATED this 8th day of March, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court