IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR290 |
| | ) | |
| v. | ) | |
| | ) | |
| RASHAD McKAY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for reopening time to file appeal under Rule 4(a)(6) and Rule 77(d) (Filing No. 327). The Court finds the motion should be granted and will treat the motion as a notice of appeal. Accordingly,

IT IS ORDERED that defendant's motion for reopening time to appeal is granted; the notice of appeal is deemed timely filed.

DATED this 17th day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court