IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,   )
                            )
           Plaintiff,       )          8:03CR290
                            )
      v.                    )
                            )
RASHAD MCKAY,               )          ORDER
                            )
           Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to extend the time to respond to the government's response brief in opposition to defendant's § 2255 motion (Filing No. 402). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; defendant shall have until April 13, 2009, to respond to plaintiff's response brief.

DATED this 16th day of March, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court