IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )          8:03CR290
                              )
        v.                    )
                              )
RASHAD MCKAY, also known as   )          ORDER
RASHOD MCKAY,                 )
                              )
            Defendant.        )
_____)
```

        This matter is before the Court on defendant's motion
for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (Filing
No. 389), his motion for leave to proceed *in forma pauperis*
(Filing No. 391), his motion for appointment of counsel (Filing
No. 332).  As defendant has no appeals pending, the motion for
leave to proceed *in forma pauperis* will be denied as moot.  The
motion for appointment of counsel will also be denied.

        Pursuant to the retroactive amendment to the cocaine
base guidelines, the defendant's final offense level is reduced
from 36 to 34.  His criminal history category remains at IV.  The
Court finds that his sentence should be reduced to one hundred
sixty-eight (168) months imprisonment, considering the prior
computation of specific offense characteristics, adjustments, and
departures.  Accordingly,

IT IS ORDERED:

1) Said motion to reduce sentence is granted; the sentence of the defendant is reduced to one hundred sixty-eight (168) months.  He shall receive credit for time served.

2)  The conditions of supervised release entered in the original judgment and committal order remain in full force and effect.

3) Defendant's motion for leave to proceed *in forma pauperis* is denied as moot.

4) Defendant's motion for appointment of counsel is denied.

DATED this 1st day of February, 2010.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court