IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:03CR290 |
| v. | ) | |
| | ) | |
| RASHAD MCKAY, also known as | ) | ORDER AND JUDGMENT |
| RASHOD MCKAY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that defendant's motion to vacate, correct or set aside sentence and conviction (Filing No. 388) is denied.

DATED this 25th day of February, 2010.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court