IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR290 |
| | ) | |
| v. | ) | |
| | ) | |
| RASHAD MCKAY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for reconsideration of sentence and notice of supplemental authority (Filing No. 410), and motion for certificate of appealability (Filing No. 415). The Court has reviewed the decision of the United States Supreme Court in *Dillon v. United States*, No. 09-6338, slip op. (U.S. Mar. 30, 2010) and finds defendant's motion should be denied. No certificate of appealability will issue. Accordingly,

IT IS ORDERED that defendant's motion for reconsideration of sentence is denied. No certificate of appealability will issue.

DATED this 1st day of July, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court